ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

MARY ELLA GEPHARDT

\*     IN THE

\*     SUPREME COURT

\*     OF MARYLAND

\*     AG No. 25

\*     September Term, 2025

**O R D E R**

Upon consideration of the parties' joint petition to suspend Respondent, Mary Ella Gephardt, for 90 days, stayed in favor of one year of probation on certain terms, in which Respondent agrees that the conduct described in the petition violates Rules 1.1, 1.3, 1.4, and 1.5(b) of the Maryland Attorneys' Rules of Professional Conduct, it is this 10th day of December 2025, by the Supreme Court of Maryland,

ORDERED that the joint petition is granted; and it is further

ORDERED that Respondent shall pay $814.60 to the Office of Bar Counsel as reimbursement for costs associated with this matter within 90 days of this order; and it is further

ORDERED that Respondent is suspended for 90 days, stayed in favor of one year of probation on certain terms and conditions contained in the Revised Probation Agreement; and it is further

ORDERED that any modification to the conditions of probation must be approved by the Court.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Matthew J. Fader
Chief Justice